PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JOSE JESUS AGUILAR-MADRIZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00299-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO VACATE TRIAL READINESS CONFERENCE AND JURY TRIAL DATE AND SET STATUS CONFERENCE |
| JOSE JESUS AGUILAR-MADRIZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Jesus Aguilar-Madriz, that the trial readiness conference date scheduled for September 30, 2013, at 9:00 a.m. be vacated for this defendant only, and a status conference be scheduled for December 16, 2013, at 9:00a.m., therefore vacating the jury trial date set for October 22, 2013, at 9:00 a.m., with respect to this defendant only.  A plea agreement has been reached in the defendant's related case, 2:11-cr-00365-GEB, which upon sentencing may result in dismissal of this case. The sentencing date is currently on Judge Burrell's calendar December 6, 2013.

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of December 16, 2013 and that Mr. Lee has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including December 16, 2013.

Respectfully Submitted,

Dated: September 17, 2013        /s/ Preciliano Martinez
                                 Preciliano Martinez
                                 Attorney for Defendant
                                 Jose Jesus Aguilar-Madriz

Dated: September 17, 2013        /s/ Justin Lee
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 30, 2013, trial readiness conference and the current October 22, 2013, jury trial date are hereby vacated, with respect to this defendant only, and a status conference for this defendant only be set for December 16, 2013.

Dated: September 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE