BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00299-10 WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME |
| v. | DATE: March 10, 2014 |
| JOSE JESUS AGUILAR MADRIZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Hearing on March 10, 2014.

2. By this stipulation, the parties now move to continue the Status Hearing to April 14, 2014, and to exclude time between March 10, 2014, and April 14, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a plea agreement in case 2:11-CR-00365-GEB. Pursuant to the terms of the plea agreement, the United States will dismiss the charges against this defendant in case 2:10-CR-00299-WBS once the defendant has been sentenced in 2:11-CR-00365-GEB.

   b) Sentencing in case 2:11-CR-00365-GEB is presently set for March 14, 2014.

STIPULATION RE: CONTINUING PLEA HEARING AND EXCLUDING TIME     1

      c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 10, 2014, to April 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 4, 2014                                 BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
                                                 Assistant United States Attorney

Dated: March 4, 2014                                 /s/ PRECILIANO MARTINEZ
                                                 PRECILIANO MARTINEZ
                                                 Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 7, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE