BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE JESUS AGUILAR-MADRIZ,<br><br>        Defendant. | 2:10-CR-00299-10 WBS<br><br>UNITED STATES'S MOTION TO<br>DISMISS INDICTMENT WITH<br>PREJUDICE AND ~~PROPOSED~~ ORDER<br><br>Judge: Hon. William B. Shubb |

**MOTION TO DISMISS**

The United States, by and through its undersigned counsel, hereby moves for an order dismissing the Second Superseding Indictment and Third Superseding Indictment only against defendant Jose Jesus Aguilar-Madriz pursuant to Federal Rule of Criminal Procedure 48(a).

On September 13, 2013, the United States entered into a plea agreement with defendant Jose Jesus Aguilar-Madriz.  Under the terms of the agreement, the United States agreed to dismiss the charges filed against the defendant in the above-captioned case (2:10-CR-00299-WBS) following the defendant's sentencing in case number 2:11-

CR-00365-GEB.  On March 14, 2014, the defendant was sentenced in case number 2:11-CR-00365-GEB.

In accordance with the plea agreement between the parties and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States now moves to dismiss with prejudice the pending Second Superseding Indictment and Third Superseding Indictment against this defendant only in the above-captioned matter.

DATED: April 6, 2014          Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                               /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney


### ORDER

IT IS SO FOUND AND ORDERED.  Pursuant to Federal Rule of Criminal Procedure 48(a), for the reasons set forth above, **IT IS HEREBY ORDERED** that the pending Second Superseding Indictment and Third Superseding Indictment in case number 2:10-CR-00299-WBS is **DISMISSED WITH PREJUDICE** with respect to defendant Jose Jesus Aguilar-Madriz.  The April 14, 2014 Status Hearing in this matter is vacated.

Dated:  April 8, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE